## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RONALD D. SMART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-4029-JPG |
| ) | |
| INTERNATIONAL BROTHERHOOD OF ) | |
| ELECTRICAL WORKERS, LOCAL 702, ) | |
| ) | |
| Defendant. ) | |

### JUDGMENT IN A CIVIL CASE

**Decision by Court.** This matter having come before the Court upon plaintiff's notice of dismissal and the Court having found that plaintiff has voluntarily dismissed this action,

**IT IS ORDERED AND ADJUDGED** that all claims by the plaintiff against defendant International Brotherhood of Electrical Workers, Local 702 in this case, are **DISMISSED without prejudice**.

**DATE: February 9, 2006**

                                                    **NORBERT G. JAWORSKI, CLERK**

                                                    **By: s/Judith Prock**
                                                          **Deputy Clerk**

**APPROVED:  /s/ J. Phil Gilbert**
                     **J. PHIL GILBERT**
                     **U.S. District Judge**