# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RONALD D. SMART,                )<br>                                                 )<br>         Plaintiff,                       )<br>                                                 )<br>  v.                                          )<br>                                                 )<br> INTERNATIONAL BROTHERHOOD OF  )<br> ELECTRICAL WORKERS, LOCAL 702,  )<br>                                                 )<br>          Defendant.                    ) | Case No. 06-4029-JPG |

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This matter having come before the Court upon plaintiff's notice of dismissal and the Court having found that plaintiff has voluntarily dismissed this action,

**IT IS ORDERED AND ADJUDGED** that all claims by the plaintiff against defendant International Brotherhood of Electrical Workers, Local 702 in this case, are **DISMISSED without prejudice**.

**DATE: February 9, 2006**

                                                  **NORBERT G. JAWORSKI, CLERK**

                                                  **By:  s/Judith Prock**
                                                          **Deputy Clerk**

**APPROVED:  /s/ J. Phil Gilbert**
                  **J. PHIL GILBERT**
                  **U.S. District Judge**